UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

          Plaintiff,

   v.                                           Case No. 21-CR-223

JESUS CISNEROS-HERNANDEZ, et al.,

          Defendants.

## UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT

The United States of America, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Christopher J. Ladwig, Assistant United States Attorney, hereby moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice the following properties from the forfeiture notice of the Indictment filed on November 2, 2021:

1. A FN America SCAR 17S 7.62 caliber rifle bearing serial number H0C10924;

2. A FN America SCAR 17S FDE 7.62 caliber rifle bearing serial number HC40015; and

3. A Fabrique Nationale Herstal SCAR 17S 7.62x51 caliber rifle bearing serial number HC62775.

I have been advised by the Bureau of Alcohol, Tobacco, Firearms and Explosives that the above-listed items have been administratively forfeited. Therefore, it is no longer necessary to pursue the judicial forfeiture of these items.

Dated at Milwaukee, Wisconsin, this 5th day of April, 2023.

                                                Respectfully submitted,

GREGORY J. HAANSTAD
United States Attorney

By: *s/ Christopher J. Ladwig*
CHRISTOPHER J. LADWIG
Assistant United States Attorney
Bar Number: 1052024
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 530
Milwaukee, Wisconsin 53202
Telephone: (414) 297-1700
Fax: (414) 297-1738
Email: christopher.ladwig@usdoj.gov