# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CHANGE OF PLEA HEARING MINUTES |
| VICTOR COBIAN | Case No. 21-cr-0223-bhl-3 |

HONORABLE BRETT H. LUDWIG presiding  
Proceeding Held: September 4, 2024  
Deputy Clerk: Julie D.

Time Called: 3:02 p.m.  
Time Concluded: 3:36 p.m.  
Court Reporter: S. Armbruster

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Philip Kovoor |
| VICTOR COBIAN in person and by: | Michael Steinle |
| U.S. PROBATION OFFICE by: | Michael Karolewicz |

☒ Rule 11(c)(1)(C) Plea Agreement filed (ECF No. 179)  
☒ Defense counsel advises that the defendant wishes to enter a plea of guilty  
☒ Defendant sworn  
☒ Defendant advised that false statements made under oath may result in prosecution for perjury  
☒ Court questions the defendant as to background, education, medical history, drug usage  
☒ Defendant has reviewed plea agreement with counsel and is satisfied w/ representation

☒ Court advises the defendant as to:

- ☒ Elements of the offense
- ☒ Forfeiture provision
- ☒ Mandatory minimum sentence (n/a)
- ☒ Sentencing guidelines
- ☒ Rule 11(b) Rights
- ☒ Waiver of appeal rights (¶36)
- ☒ Maximum penalties

☒ Government provides factual basis as set forth in plea agreement

☒ GUILTY plea entered as to Counts One, Fourteen, and Fifteen of the Indictment  
☒ CHARGES: conspiracy to commit offenses against the United States in violation of 18 U.S.C. § 371; smuggling goods from the United States in violation of 18 U.S.C. §§ 554, 2(a), and 2(b) and *Pinkerton v. United States*, 328 U.S. 640 (1946); violation of the Arms Export Control Act in violation of 22 U.S.C. §§ 2778(b)(2) and 2778(c), Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1, and 127.3, 18 U.S.C. §§ 2(a) and 2(b) and *Pinkerton v. United States*, 328 U.S. 640 (1946)  
☒ Court finds Defendant's plea to be knowing and voluntary and that a factual basis exists for the plea.  
☒ The Court deferred approval of the plea agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure pending receipt and review of the Presentence Report.  
☒ PSR ordered.

☒ Sentencing set for: **January 7, 2025, at 9:00 a.m.** in Courtroom 320, 517 E. Wisconsin Ave., Milwaukee, WI 53202

☐ Detention continued; or   ☒ Bond continued:   ☒ as previously set, or   ☐ as modified: