# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-CR-223 |
| DEJAN ZORIC | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/9/24

_Defendant's signature_

_Signature of defendant's attorney_

DENNIS P. COFFEY
_Printed name of defendant's attorney_

_Judge's signature_

Brett H. Ludwig
_Judge's printed name and title_