UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

    v.    Case No.: 21-CR-0223

DEJAN ZORIC,

    Defendant.

---

## MOTION TO ALLOW TRAVEL

Now comes the Defendant, DEJAN ZORIC, by his Attorney, DENNIS P. COFFEY, and upon all of the files, records and proceedings heretofore had herein respectfully moves this Court for the entry of an Order allowing the Defendant to travel from his home in Las Vegas, Nevada to San Diego, California. Mr. Zoric would leave on Sunday, September 22, 2024 and return to Las Vegas on Tuesday, September 24, 2024. While in San Diego he would be staying at the PB Surfside Inn (4760 Mission Boulevard).

Counsel can advise the Court that the government does not object to this request.

Dated at Milwaukee, Wisconsin this 17th day of September, 2024.

    Respectfully submitted,
    DEJAN ZORIC
    BY:

    */s/ Dennis P. Coffey*
    Attorney for Defendant
    State Bar #1014434
    Mawicke & Goisman, S.C.
    1509 N. Prospect Avenue
    Milwaukee, WI 53202
    414-224-0600
    414-224-9359 (fax)